UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| Gustavo Alves De Oliveira | Case No.   3:26-cv-00297-SMH-JPM |
| Plaintiff | |
| | |
| VS. | Judge   S.Maurice Hicks, Jr. |
| Tim Wyatt, Melissa B. Harper, Todd Lyons, Kristi Noem, and Pamela Bondi | Magistrate Judge Perez-Montes |
| Defendant | |

**ORDER**

Having considered the Unopposed Motion for Voluntary Dismissal (Record Document 7) filed by Petitioner,

**IT IS ORDERED** that Petitioner's Motion to Dismiss is **GRANTED** and the Habeas Petition is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 27th day of March, 2026.

_____
U.S. District Judge